JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p. 1

DOCKET NO. 390 -- In re Air Crash Disaster at Schenley Golf Course, Pittsburgh, Pennsylvania on August 21, 1977

| Date | Ref | Pleading Description |
|---|---|---|
| 5/24/79 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. AND JOINDER OF GLENN A. SHAW -- Pltf. Richard J. Heckel.(ea) SUGGESTED TRANSFEREE DISTRICT: W. D. Pennsylvania. SUGGESTED TRANSFEREE JUDGE:                (ea) |
| 6/7/79 | | APPEARANCES -- William I. France for M.J. Corbi Aircraft Sales, Inc.; Henry G. Beamer for Richard J. Heckel; William A. Pietragallo for Leon Lamp and Lamp Aircraft Service; Roger H. Bullock for Thompson Flying Service, Inc.; Thomas J. Reinstadtler for Nichols Engineering; Thomas J. Reinstadtler for Nichels Engineering Co.; Charles J. Duffy for Poorman Aircraft Service; Raymond G. Hasley for Beech Aircraft Corp.    (emh) |
| 6/8/79 | 2 | RESPONSE/BRIEF -- Thompson Flying Service -- w/cert. of service    (emh) |
| 6/8/79 | 3 | RESPONSE/BRIEF -- Beech Aircraft Corp. -- w/cert. of svc.    (emh) |
| 6/14/79 | 4 | REQUEST FOR EXTENSTION OF TIME --G.N. AIRCRAFT, INC. -- Extension Granted to G.N. Aircraft Co. to and including 6/27/79    (rew) |
| 6/27/79 | 5 | RESPONSE/BRIEF -- G.N. Aircraft -- w/cert. of svc. (emh) |
| 8/10/79 | | HEARING ORDER -- Setting A-1 through A-6 for hearing in the Northern District of Illinois on Sept. 18, 1979   (cds) |
| 9/13/79 | | HEARING APPEARANCES: HENRY BEAMER, ESQ. FOR Richard Heckel, etc.; H. FRED MERCER, ESQ. FOR Glenn Shaw; RAYMOND G. HASLEY, ESQ. FOR Beech Aircraft Corp.; ROGER BULLOCK, ESQ. FOR Thompson Flying Service, Inc.; ALBERT FECZKO, ESQ. FOR G. N. Aircraft, Inc. |
| 9/13/79 | | WAIVER OF ORAL ARGUMENT: CHARLES DUFFY, ESQ. FOR Poorman Aircraft Service   (cds) |
| 79/11/14 | | OPINION AND ORDER -- TRANSFERRING A-4 & A-5 to Western District of Pennsylvania before the Honorable William W. Knox AND DENYING transfer of A-3 -- Notified inv. counsel, clerks & judges   (cds) |
| 79/11/14 | | CONSENT OF TRANSFEREE DISTRICT -- Authorizing assignment of actions to the Hon. William W. Knox, W.D. Pa.   (cds) |
| 79/12/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-7) Heckel v. Poorman Aircraft, Inc., et al., N.D. Ohio, H79-410; Shaw v. Nichels Engineering Co., Inc., et al., N.D. Ind., H79-410; Heckel v. Nichels Engineering Co., et al., N.D. Ind., H79-411 -- Notified involved counsel & judges   (cds) |

JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 390 -- IN RE ACD AT SCHENLEY GOLF COURSE, PITTSBURGH, PA., 8/21/77

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/1/3 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-7 Heckel v. Poorman Aircraft, Inc.,etal.,N.D.Ohio,C79-1623Y; B-8 Shaw v. Nichels Engineering Co.,Inc.,etal.,N.D.Ind.,C.A.No. H79-410; B-9 Heckel v. Nichels Engineering Co.,etal.,N.D. Ind., C.A.No. H79-411--Notified involved clerks and judges. (ea) |
| 81/09/17 | | Notification from W.D. Pennsylvania Clerk of REASSIGNMENT OF LITIGATION -- dated Sept. 10, 1981  (cds) |
| 81/09/17 | | ORDER REASSIGNING LITIGATION from the Honorable William W. Knox to THE HONORABLE BARRON P. McCUNE in accordance with Local Rules of W.D.Pa. -- NOTIFIED INVOLVED JUDGE, CLERK AND COUNSEL  (cds) |
| 83/01/19 | | SUGGESTION OF REMAND of A-4, B-8 and B-9 from Judge Barron McCune (emh) |
| 83/01/19 | | CONDITIONAL REMAND ORDER FILED TODAY (involving 3 actions) A-4 Heckel, etc. v. Nichels Engin. Co., Inc., et al., ~~W.Heckel, etc. v. Nichels Engin. Co., Inc., et al.,~~ W.D. Pa., C.A.No. 79-1646 B-8 Shaw v. Nichels Engin. Co., Inc., et al., W.D. Pa., C.A. No. 80-22 (N.D. Ind. H-79-410) B-9 Heckel v. Nichels Engin. Co., et al., W.D. Pa., C.A. No. 80-23 (N.D. Ind. H-79-411) NOTIFIED INVOLVED COUNSEL AND JUDGE. (emh) |
| 83/02/04 | | CONDITIONAL REMAND ORDER FINAL TODAY (involving 3 actions) A-4 Heckel, etc. v. Nichels Engineering Co., Inc., et al. W.D.Pa., 79-1646 (N.D.Ind., H-78-336);  B-8 Sha v. Nichels, et al., W.D.Pa., 80-22 (N.D.Ind., H79-410; B-9 Heckel v. Nichels, et al., W.D.Pa., 80-23 (N.D.Ind., H79-411) -- NOTIFED INVOLVED JUDGE AND CLERKS (cds) |
| ~~83/03/02~~ | | ~~SUGGESTION OF REMAND OF C-172, signed by Judge Will, N.D. Illinois        (ds)~~ |

JPML Form 1

Revised: 8/78

DOCKET NO. 390 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Schenly Golf Course, Pittsburgh, Pennsylvania on August 21, 1977

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/18/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/14/79 | PC | 510 F. Supp. 1228 | W.D. Penn. | ~~William W. Knox~~ Barron P. McCune | |

### Special Transferee Information

9/18 Pa Maye No 1650

David Seven…

412-644-3539 Com.

722-3539 FTS

DATE CLOSED: 4/28/83

Closed

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 390 -- In re Air Crash Disaster at Schenley Golf Course, Pittsburgh, Pennsylvania on August 21, 1977

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓A-1 | Richard J. Heckel, etc. v. Beech Aircraft Corp., et al. | W.D.PA. ~~Knox~~ McCune | 78-891-B | | | 4/28/83D | |
| ✓A-2 | Richard J. Heckel, etc. v. Poorman Aircraft Svc., et al. | N.D.OH ~~Krupansky~~ McCune | C78-1023-Y 79-1311 | | | 4/28/82D | |
| A-3 | Richard J. Heckel, etc. v. Thompson Flying Service, Inc. | D. Utah Jenkins | C-78-0308 | denied | | | Denied 11/14/79 |
| A-4 | Richard J. Heckel, etc. v. Nichels Engineering Co., Inc., et al. | N.D.Ind. McNagny | H-78-336 | 11/14/79 | 79-1646 | 2/4/83 R | |
| ✓A-5 | Richard J. Heckel, etc. v. Beech Aircraft Corp. | D.DEL Schwartz | 78-357 | 11/14/79 | 79-1645 | 4/28/83D | |
| ✓A-6 | Glenn A. Shaw v. Beech Aircraft Corp., et al. | W.D.Pa. McCune ~~Knox~~ | 78-1178-B | | | 4/28/83D | |
| ✓B-7 | Brad H. Heckel v. Poorman Aircraft, Inc., et al.  12/14/79 | N.D.Ohio Manos | C79-1623Y | 1/3/80 | 79-225 | 4/28/83D to W.Pa.W | |
| B-8 | Glenn A. Shaw v. Nichels Engineering Co., Inc., et al.  12/14/79 | N.D. Ind. McNagny | H79-410 | 1/3/80 | 80-22 | 2/4/83 R | |
| B-9 | Brad H. Heckel v. Nichels Engineering Co., et al.  12/14/79 | N.D. Ind. McNagny | H79-411 | 1/3/80 | 80-23 | 2/4/83 R | |
| ✓XYZ-10 | Glenn A. Shaw v. Beech Aircraft Corp., et al. | W.D.Pa. McCune | 79-1224 | | | msg to | |
| ✓XYZ-11 | Brad H. Heckel v. Teledyne Continental Motors, et al. | W.D. Pa. McCune | 79-1153 | | | 4/28/83D | |

6. assigned Pa.W trial docket Apr 1983

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 390 -- IN RE AIR CRASH DISASTER AT SCHENLEY GOLF COURSE, PITTSBURGH, PENNSYLVANIA ON AUGUST 21, 1977

---

BEECH AIRCRAFT CORPORATION
Raymond G. Hasley, Esquire
Rose, Schmidt, Dixon, Hasley,
Whyte & Hardesty
900 Oliver Building
Pittsburgh, Pennsylvania  15222

POORMAN AIRCRAFT SERVICE
Charles J. Duffy, Jr., Esquire
Lancaster, Mentzer, Coyne and Duffy
608 Grant Building
Pittsburgh, Pennsylvania  15219

NICHELS ENGINEERING COMPANY
Thomas J. Reinstadtler, Esquire
Egler & Reinstadtler
2100 Lawyers Building
Pittsburgh, Pennsylvania  15219

G. N. AIRCRAFT, INC.
Albert G. Feczko, Esquire
800 Lawyers Building
Pittsburgh, Pennsylvania  15219

THOMPSON FLYING SERVICE, INC.
Roger H. Bullock, Esquire
Strong & Hanni
604 Boston Building
Salt Lake City, Utah  84111

LEON LAMP
LAMP AIRCRAFT SERVICE
William A. Pietragallo, Esquire
Meyer, Darragh, Buckler,
Bebenek & Eck
2500 Grant Building
Pittsburgh, Pennsylvania  15219

M. J. CORBI AIRCRAFT SALES, INC.
William I. France, Esquire
404 First National City Bank
Alliance, Ohio  44601

RICHARD J. HECKEL, ETC. A-1 through A-6
Henry G. Beamer, Esquire
Metz, Cook, Hanna & Kelly
3600 Grant Building
Pittsburgh, Pennsylvania  15219

BRAD H. HECKEL (B-7)
BRAD H. HECKEL (B-9)
Same as A-1

GLENN A. SHAW (B-8)
H. Fred Mercer, Esquire
1522 Frick Building
Pittsburgh, Pa.  15219

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _390_ -- In re Air Crash Disaster at Schenley Golf Course, Pittsburgh, Pennsylvania, on August 21, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| Beech Aircraft Corp. ✓ | A-1, A-5, A-6 |
| Poorman Aircraft Service | A-1, A-2, A-6 B7 |
| Nichels Engineering Co., Inc. | A-1, A-4, A-6 B8 B9 |
| G. N. Aircraft, Inc. | A-1, A-4, A-6 B8 B9 |
| Thompson Flying Svc., Inc. ✓ | A-1, A-3, A-6 |
| Leon Lamp ✓ | A-1, A-2, A-6 B7 |
| Lamp Aircraft Svc. | A-1, A-2, A-6 B7 |
| M. J. Corbi Aircraft Sales, Inc. ✓ | A-1, A-2, A-6 B7 |